# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

**Date: October 15, 2008**

Deborah Hansen, Deputy Clerk
Suzanne Claar, Court Reporter
Interpreter:   Susana Cahill

---

**Criminal Case No. 07-cr-00495 -REB-7**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | Susan Knox |
| v. | |
| 7. OSCAR PACHECO-PAREDES,<br>        Defendant. | Daniel Smith |

## CHANGE OF PLEA MINUTES

**10:15 a.m.   Court in session.**

Appearances of counsel.

The Defendant is present and in custody.

The Plea Agreement and Defendant's Statement in Advance of Plea of Guilty are tendered to the Court.

The parties stipulate to the qualifications of the Interpreter.

The Interpreter is sworn.

The Government moves to file an Information; there is no opposition by the defense.

ORDERED:  The Government's oral motion to file the Information is granted; and therefore, the Information is received and accepted for filing.

The Defendant is sworn.

The Defendant is 28 years old.

The Defendant waives a formal reading of the newly-filed Information.

The Defendant is advised of his rights, including his right to a trial by jury.

The Defendant is advised of the possible penalties, fines, supervised release, and special victim fund assessment fee.

The Court receives, accepts and approves the Waiver of Indictment.

The Court formally approves the filing of the Information.

The Defendant waives formal arraignment on the crime charged in the newly-filed one-count Information.

The Defendant pleads guilty to the crime charged in Count 1 of the newly-filed one-count Information.

The Court's Findings of Fact and Conclusion of Law will be issued electronically.

**It was ORDERED as follows:**

1. That Court Exhibit Nos. 1, 1-A, 2, and 2-A are admitted into evidence.

2. That formal approval of the plea agreement is deferred pending the opportunity to consider the presentence report.

3. That the plea of guilty entered to the crime charged in the newly-filed one-count Information is received, accepted and approved.

4. That the defendant is found guilty as charged in Count 1 of the one-count Information.

5. That the probation department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32.

6. That defendant's counsel shall contact the probation department as soon as practicable following this hearing to arrange, schedule and coordinate the involvement and participation of the defendant in the presentence investigation.

7. That the defendant shall cooperate fully with the probation department during the presentence investigation.

8. **That sentencing is scheduled for January 30, 2009 at 2:30 p.m.**

9. That any pending pretrial motions filed on behalf of this defendant, are denied as moot.

10. That the Defendant is remanded to the custody of the United States Marshal.

**11:00 a.m.  Court in recess.**

*Total in court time: 45 minutes - Hearing concluded*

3